JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **2:23-cv-10135-CBM-BFM** | Date | May 6, 2026 |
|---|---|---|---|

| Title | *Natalie Gomez et al v. Senior Operations, LLC et al* |
|---|---|

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**         **IN CHAMBERS- ORDER RE: DISMISSAL OF ACTION**

On September 26, 2025, the Court issued an order directing the parties to file either a stipulation re dismissal and order for dismissal, a notice of voluntary dismissal, or a judgment in this action by no later than November 24, 2025, in light of the parties' notice of settlement. (Dkt. No. 31.) The Court noted that failure to timely file for dismissal "shall result in the dismissal of this action." (*Id.*) To date, the parties have not complied with the Court's order. Accordingly, this action is hereby **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

CV-90 (12/02)                    **CIVIL MINUTES - GENERAL**                    00    :____
                                                                Initials of Deputy Clerk  VRV